```
               UNITED STATES  DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

**DEBRA B. FERRARA**                                **CIVIL ACTION**

**VERSUS**                                          **NO. 07-7197**

**MICHAEL J. ASTRUE, COMMISSIONER OF**              **SECTION "A" (1)**
**SOCIAL SECURITY ADMINISTRATION**

<u>**ORDER**</u>

The Court, after considering the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby concludes that this matter should be remanded to the Commissioner. The Court does not agree that the ALJ fully and adequately developed the record especially in light of the claimant's possible multiple sclerosis diagnosis. The record supports Ferrara's contention that she was prejudiced by the ALJ's failure to fully develop the record before denying her claims of disability insurance benefits.

Accordingly,

**IT IS ORDERED** that this matter is **REMANDED** to the Commissioner for full development of the record. Further, the ALJ shall refer Ferrara to a specialist for further tests concerning a possible multiple sclerosis diagnosis and conduct a reevaluation of any disability/restriction derived from a diagnosis of multiple sclerosis.

December 1, 2008

_____
UNITED STATES DISTRICT JUDGE